IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER A. MUSTARD, et al.,

    Plaintiffs,

v.

THE ISLAMIC REPUBLIC OF IRAN,

    Defendant.
_____/

Civil Action No. 21-cv-163 (BAH)

**MOTION FOR ENTRY OF DEFAULT JUDGMENT
AND TO TAKE JUDICIAL NOTICE OF EVIDENCE IN PRIOR RELATED CASES**

Plaintiffs brought this case against Defendant, the Islamic Republic of Iran ("Iran"), pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. Section 1605A and applicable state and common for damages arising out of the June 25, 1996 terrorist attack on the Khobar Towers complex in Dhahran, Saudi Arabia (the "Attack"). Nineteen American service members were killed in the Attack, and many others were injured.

On August 2, 2021, Defendant, Iran, was properly served with this action pursuant to 28 U.S.C. § 1608(a)(4) of the Foreign Sovereign Immunities Act. See Letter from Department of State, DE 14 filed November 29, 2021. However, Iran "failed to plead or otherwise defend" this action, Fed. R. Civ. P. 55(a). After its time to do so expired, the Clerk of the Court entered default against Iran on December 23, 2021. DE 16.

Plaintiff, Christopher Mustard, was among the service members injured in the Attack. Plaintiff, Susanne Ceragioli, is the sister of Denny Prier, a Senior Airman who was injured in the Attack. In *Aceto v. Islamic Republic of Iran*, 2020 WL 619925 (D.D.C. 2020), Denny Prier and the parents and sister of Plaintiff and Prier were awarded damages for Denny's injuries. Plaintiffs Pauline Wilder, William Wilder, Jeffrey Wilder, and Kristene Wilder are the parents and siblings

of Jennifer Scheidel, a Senior Airman who was awarded damages for her injuries in *Aceto v. Islamic Republic of Iran*, 2020 WL 619925 (D.D.C. 2020).

Plaintiffs respectfully move for the Court to take judicial notice of evidence in prior related cases and for entry of a default final judgment against Defendant the Islamic Republic of Iran awarding them compensatory and punitive damages, pre-judgment interest, and other appropriate relief. In support of this Motion, Plaintiffs file a Memorandum of Points and Authorities, Declarations of the Plaintiffs, and a Proposed Order.

Dated: May 11, 2022.                                                    Respectfully submitted,

                                                          /s/ Asher Perlin
Asher Perlin
LAW OFFICE OF ASHER PERLIN
Bar I.D. FL0006
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
786-233-7164
asher@asherpelin.com
*Attorney for Plaintiffs*