CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER A. MUSTARD, et al.,

_____
Plaintiff(s)

vs.                                                                                  Civil Action No.: 21-cv-163 (BAH)

ISLAMIC REPUBLIC OF IRAN

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the default judgment ▾ (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Islamic Republic of Iran
Dr. Hossein Amir-Abdollahian
Ministry of Foreign Affairs
Imam Khomeni Avenue
Tehran, Iran

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☐ DHL
- ☑ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): Islamic Republic of Iran, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Asher Perlin
(Signature)

Asher Perlin
Law Office of Asher Perlin
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
786-687-0404

(Name and Address)