# Law Office of Asher Perlin

4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Telephone 786-687-0404

February 14, 2023

Clerk of the Court
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re:   *Mustard v. Islamic Republic of Iran* (1:21-cv-163-BAH)

Dear Ms. Caesar:

I represent the plaintiffs in the above-captioned matter. I write to request that the Clerk effect service of the default judgment pursuant to the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1608(a)(3), on the defendant, the Islamic Republic of Iran ("Iran"). The defendant is a "foreign state" or a political subdivision of a foreign state for the purposes of 28 U.S.C. § 1608(a)(3).

In accordance with Section 1608(a)(3), please find enclosed the following documents.

1) One copy of the Affidavit Requesting Foreign Mailing;
2) One copy of the Notice of Electronic Filing;
3) One copy of each of: the judgment, the notice of judgment, and translations of both into Farsi, the official language of Iran;
4) One copy of the FSIA;
5) One FedEx envelope and blank waybills.

Pursuant to § 1608(a)(3), which requires that the envelope be addressed and dispatched by the Clerk of the Court, I respectfully request that you place the documents meant for defendant Iran into a FedEx package requiring a signed receipt, and address a waybill to:

Islamic Republic of Iran
Dr. Hossein Amir-Abdollahian
Ministry of Foreign Affairs
Imam Khomeni Avenue
Tehran, Iran

Please make the appropriate docket entries.

Sincerely,

/s/ Asher Perlin

Asher Perlin