


# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER MUSTARD, et al.,

Plaintiff(s)

vs.

ISLAMIC REPUBLIC OF IRAN

Civil Action No.: 1:21-CV-163

Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk dispatch for mailing a copy of the default judgment ▼ (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

U.S. Department of State
L/CA/POG/GC, SA-17, 10th Floor
Washington, DC 20522-1710
Attn: FSIA

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☐ DHL
- ☑ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☐ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☑ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): Islamic Republic of Iran, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Asher Perlin
(Signature)

Asher Perlin
4600 Sheridan Street
Suite 303
Hollywood, Florida 33021

(Name and Address)