# Law Office of Asher Perlin

4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Telephone 786-687-0404

July 15, 2025

Clerk of the Court
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

    Re:    *Mustard v. Islamic Republic of Iran* (1:21-cv-163)

Dear Sir or Madam:

    I write in connection with the above captioned case to respectfully request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(4) and (e), to effect service of the judgment in this matter on Defendant Islamic Republic of Iran ("Iran").

    As you know, Section 1608(a)(1)-(4) and (e) provide that service on a foreign state can be made by four alternative methods. On February 24, 2023, the Clerk's office filed a Certificate of Mailing in accordance with Section 1608(a)(3). ECF 26. More than 30 days have passed since the Clerk's office filed the certificate of mailing and service could not be completed.

    The Plaintiffs are therefore now required to effect diplomatic service on Defendant Iran *via* the State Department, pursuant to FSIA § 1608(a)(4) and (e). Together, those provisions state that the Clerk of the Court shall send two copies of the Judgment and a notice of judgment, together with a translation of each, "by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington District of Columbia…." The Department of State then effects service through diplomatic channels.

    Accordingly, please find enclosed the following documents:

1. One copy of the Affidavit Requesting Foreign Mailing and this letter as filed on ECF;
2. One copy of the Notice of Electronic Filing, confirming the ECF filing of the Affidavit Requesting Foreign Mailing and this letter;
3. One copy of the Certificate of Mailing. ECF 26;
4. A letter to the U.S. Department of State, to which is paper-clipped a check for $2,275.00 to cover the fee for service through diplomatic channels;
5. Two copies of the Judgment;
6. Two copies of the Farsi translation of the Judgment;
7. Two copies of the Notice of Judgment;
8. Two copies of the Farsi translation of the Notice of Judgment; and

9. Two copies of the FSIA (together, the "Service Documents").
10. A Pre-Paid Federal Express shipping package, and a Federal Express Domestic Waybill.

Pursuant to § 1608(a)(4), which requires that the envelope be addressed and dispatched by the Clerk of the Court to the State Department, I respectfully request that you place the following into the Federal Express package:

- The letter to the State Department with the attached cashier's check;
- The copies of the Certificate of Mailing; and
- All the Service Documents (i.e., the two copies of each of the Judgment, Notice of Judgment, translations, and FSIA).

Please address the Federal Express Waybill as follows:

U.S. Department of State
L/CA/POG/GC, SA-17, 10th Floor
Washington, DC 20522-1710
Attn: FSIA

Following that, please contact Federal Express to schedule a pick-up, and send the package to the State Department by Federal Express overnight delivery.

Please make the appropriate docket entries reflecting both the receipt of this request and the sending of the Federal Express package. Please do not hesitate to contact me as necessary.

Thank you for your assistance in this matter.

Sincerely,

*[signature]*

Asher Perlin